ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney,
Chief, Civil Division
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. PADILLA,<br><br>    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:13-CV-00733-DFM<br><br>**[PROPOSED] JUDGMENT OF REMAND** |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

Date:  January 6, 2014

                                      _____
                                      HON. DOUGLAS F. MCCORMICK
                                      UNITED STATES MAGISTRATE JUDGE