1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8              UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                     EASTERN DIVISION

10

11 | JOHN F. PADILLA,              )   CASE NO.: **EDCV 13-0733 DFM**
                                   )
12 |         Plaintiff,             )   [~~PROPOSED~~] ORDER AWARDING
                                   )   EAJA FEES
13 |         v.                     )
                                   )
14 | CAROLYN W. COLVIN, Acting      )
   | Commissioner of Social Security)
15 | Administration,                )
                                   )
16 |         Defendant.             )
   | _____ )
17

18      Based upon the parties' Stipulation for Award and Payment of Equal Access

19 to Justice Act (EAJA) Fees ("Stipulation"),

20      **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21 Equal Access to Justice Act, ("EAJA") in the amount of ONE THOUSAND

22 EIGHT HUNDRED SEVENTY DOLLARS and no/cents ($1,870.00), as

23 authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the

24 Stipulation.

25      DATED: April 7, 2014

26                                    _____
27                                    DOUGLAS F. McCORMICK
                                      United States Magistrate Judge
28

                                1